BAR ASSOCIATION OF GREATER CLEVELAND *v.* WATKINS.

(D.D. No. 81-12—Decided October 28, 1981.)

*Mr. Owen J. McCafferty, Mr. John V. Donnelly* and *Mr. Walter L. Greene,* for relator.

*Per Curiam.* Upon examination of the record and the findings of the board of commissioners, we conclude that there are sufficient facts to find that respondent violated DR 4-101(B)(1) and (3) of the Code of Professional Responsibility.

We concur with the board's recommendation herein and hereby indefinitely suspend the respondent, Walker T. Watkins, from the practice of law.

*Judgment accordingly.*

CELEBREZZE, C. J., W. BROWN, SWEENEY, LOCHER, HOLMES, C. BROWN and KRUPANSKY, JJ., concur.